## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CITIZENS PROPERTY INSURANCE COMPANY,**

    **Appellant,**

v.                                                          Case No.  8:07-cv-1078-T-JSM

**POE FINANCIAL GROUP, INC.,**

    **Appellee.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Appellee's Motion to Dismiss or, in the Alternative, to Abate Interlocutory Appeal (Dkt. 29), Citizen's Opposition to the same (Dkt. 32), and Appellee's Motion for Entry of Order Dismissing Appeal and Adversary Proceeding Without Prejudice and Incorporated Memorandum of Law (Dkt. 36).  It appears Citizens Property Insurance Company ("Citizens") is entitled to immunity under the Eleventh Amendment unless the same has been waived.  Upon review and consideration, the Court concludes this appeal should be dismissed without prejudice so the Bankruptcy Court can further develop the record to determine Citizens' entitlement to immunity under the Eleventh Amendment.

Accordingly, it is ORDERED AND ADJUDGED that:

1.        Appellee's Motion to Dismiss (Dkt. 29) is **GRANTED**.

2. The pending appeal (Case 8:07-cv-1078-JSM) is **DISMISSED without prejudice**.

3. This matter is remanded to the Bankruptcy Court for factual determination of Citizens' entitlement to immunity under the Eleventh Amendment.

4. Appellee's Motion for Entry of Order Dismissing Appeal and Adversary Proceeding Without Prejudice and Incorporated Memorandum of Law (Dkt. 36) is **DENIED as moot**.  Appellee may move for dismissal of the Adversary Proceeding with the Bankruptcy Court.

5. The Clerk is directed to close this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on March 28, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1078.mtd without prejudice.frm